Rev. 6/03

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Pro se [Non-prisoner] Complaint Form

Marcus Bowman ,  )
(Your Name)            )
          Plaintiff,   )
                       )
                       )   17cv270
v.                     )   Civil Action No. 8999921
                       )   (to be assigned by the Clerk)
David Grice            )
Deidra Thompson        )
Department of Social Services )
                       )
          Defendant(s). )

COMPLAINT

I. JURISDICTION

North Carolina

II. PARTIES

A. Plaintiff

Name of Plaintiff: Marcus Bowman

Address: 417 Bristol St.

Lexington, N.C. 27292

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

Name of Defendant: David Grice, Deidra Thompson, Department of Social Services

Current Address: North Carolina

C.  Additional Defendants (please provide the same information for each defendant as listed in Item B above):

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

My Constitutional and Common Law Rights were infringed upon by David Grice, Deidra Thompson and the department of Social Services. I was held for Ransom of my property on two occassions. I did not apply for a loan that Deidra Thompson forged my name on. I have given notices not to do business which David Grice repeatedly ignored and keeps trespassing and threatening "i" depriving "i" of my liberty. David Grice, Deidra Thompson, and the Department of Social Services are Joint Tort-Feasors.

III. STATEMENT OF CLAIM - continued.

IV. RELIEF

State briefly and exactly what relief you want from this court.
Seven million dollars in compensation from wrongdoings. For no man or woman to trespass against "i" again from this point on. For all 3 joint tort-feasors to be held accountable for the wrongdoings they did with the highest penalty action that the Law provides.

Signed this 27 day of March, 2017.

_____  All Rights Reserved
Signature of plaintiff

417 Bristol St.
Address

Lexington, N.C. 27292

336-247-7078
Telephone number

# UNITED STATES DISTRICT COURT; FEDERAL COURT; MIDDLE DISTRICT COURT OF NORTH CAROLINA

| | |
|---|---|
| Marcus Bowman<br>Claimant<br><br>Vs.<br><br>David Grice<br><br>Deidra Thompson<br><br>Department of Social Services<br>Wrongdoer(s) | Claim No. 8999921<br>Nature of claim: Tort Claim; Fraud, Forgery, Fraud, and trespassing<br><br>(verified) 17cv27 |

## Claim

Comes now I, a man; aggrieved; Marcus Bowman my property; my person was forged by; said wrongdoers; Deidra Thompson and with the aiding of the Department of Social Services, and also, David Grice which who is liable for said tort, including trespassing. My fifth amendment right was violated and common law right as well, to be free from harm and injury; fraud, trespass and forgery. Compensation due for continual said wrongs: seven-million dollars.

Respectfully,

*Marcus Bowman* All Rights Reserved
Marcus Bowman Claimant/aggrieved
3-27-17